### 45286. SORROUGH v. SMITH.

EVANS, Judge. On motion for rehearing in *Sorrough v. Smith,* 121 Ga. App. 882 (175 SE2d 926), we thought we had properly distinguished the case of *Hurst v. Starr,* 226 Ga. 42 (172 SE2d 604); but on certiorari (*Smith v. Sorrough,* 226 Ga. 744 (177 SE2d 246)), the Supreme Court thought otherwise. Therefore, in conformity with its judgment, our judgment in *Sorrough v. Smith,* supra, is vacated. Based upon the controlling case of *Hurst v. Starr,* supra, this court is without jurisdiction of the appeal.

*Appeal dismissed. Hall, P. J., and Deen, J., concur.*

DECIDED NOVEMBER 18, 1970.

*Scott & Alexander, Guy B. Scott, Jr.,* for appellant.

*Erwin, Epting, Gibson & Chilivis, Nickolas P. Chilivis,* for appellee.